**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:<br>LORI A MASSIE | : | Case No:    07-59150 |
| | : | Chapter 13 |
| | : | Judge:    John E. Hoffman Jr. |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  July 19, 2011                                /s/ Frank M. Pees
                                                     ───────────────────────────
                                                     Frank M. Pees
                                                     Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS<br>109 E MARKET ST<br>BLOOMINGTON, IL  61701 | 9.15 |